IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERTO PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:15-CV-423 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

Having granted Respondent's motion for summary judgment, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that the above-captioned petition for a writ of habeas corpus under 28 U.S.C. § 2254 be, and it hereby is, **DISMISSED**. The Court further **ORDERS**, **ADJUDGES**, and **DECREES** that a certificate of appealability be, and it hereby is, **DENIED**.

SIGNED this 23rd day of September, 2016.

_____
Hilda Tagle
Senior United States District Judge